**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-7404

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JEVON ANTHONY WARD,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:02-cr-00034-BO-1)

Submitted:  June 15, 2023                    Decided:  June 20, 2023

Before DIAZ, RICHARDSON, and HEYTENS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Jevon Anthony Ward, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jevon Anthony Ward seeks to appeal the district court's order (a) denying Ward's motion for compassionate release and to clarify the amended criminal judgment imposed in October 2019; and (b) dismissing Ward's 28 U.S.C. § 2255 motion in part but allowing one of the advanced claims to proceed.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order that Ward seeks to appeal is neither a final order, given that litigation on his remaining § 2255 claim is ongoing, nor is it an appealable interlocutory or collateral order. Accordingly, we dismiss this appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*